IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00479-PAB-CBS

CIBER INC., a Colorado corporation,

     Plaintiff,

v.

WOMEN'S APPAREL GROUP, LLC, d/b/a BOSTON APPAREL GROUP, LLC,
a Massachusetts limited liability company,

     Defendant.

---

## ORDER REMANDING CASE TO STATE COURT

---

     This matter is before the Court on plaintiff's motion for remand [Docket No. 25].

Plaintiff advises the Court that, despite its original jurisdictional averments, it is in fact a

Delaware corporation with its principal place of business in Colorado and defendant is a

Delaware limited liability company whose sole member is a Delaware corporation.

Plaintiff also informs the Court that defendant does not oppose remand.  As both

parties are citizens of Delaware, the Court does not have jurisdiction over this case.

*See* 28 U.S.C. 1332(a)(1).   Accordingly, it is

     **ORDERED** that plaintiff's Unopposed Motion to Remand [Docket No. 25] is

**GRANTED**.  It is further

     **ORDERED** that this case is **REMANDED** to the District Court of Arapahoe

County.

DATED May 27, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge